## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**JAMAAL ALI BILAL**
 **a/k/a JOHN L. BURTON,**
      Plaintiff,

vs.                                                    **3:05cv366/LAC/MD**

**CITY OF PENSACOLA, et al.,**
      Defendants.
_____

### O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 12, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED for lack of subject matter jurisdiction.

3.    All pending motions are DENIED as moot.

4.    The clerk is directed to close the file.

DONE AND ORDERED this 24th day of January, 2006.


                    *s/L.A. Collier*
                    **LACEY A. COLLIER**
                    **SENIOR UNITED STATES DISTRICT JUDGE**