IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL
  a/k/a JOHN L. BURTON,
          Plaintiff,

vs.                                              Case No. 3:05cv366/LAC/MD

CITY OF PENSACOLA, et al.,
          Defendants.

_____

# O R D E R

This cause is before the court upon plaintiff's motion for leave to appeal *in forma pauperis* (doc. 31). Plaintiff is appealing this court's dismissal of his civil rights complaint under 28 U.S.C. § 1915A(b)(1) for lack of subject matter jurisdiction (*see* docs. 23 & 24), and this court's order denying plaintiff's subsequent Motion for Clarification in Conjunction with Motion for Relief of Order (*see* doc. 26).

Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P. 24(a), this court hereby certifies that this appeal is NOT taken in good faith and plaintiff is NOT entitled to proceed on appeal *in forma pauperis*. The reasons for this court's decision are outlined in the Magistrate Judge's Report and Recommendation dated December 12, 2005 (doc. 15) and this court's Order dated January 24, 2006 (doc. 23) which adopted and incorporated the recommendation.

**Accordingly, it is ORDERED:**

Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (doc. 31) is DENIED, and he is directed to pay the full appellate filing fee of $255.00 within thirty days from the date of this order.

DONE AND ORDERED this 13th day of March, 2006.

                               s/*L.A. Collier*
                               **LACEY A. COLLIER**
                               **SENIOR UNITED STATES DISTRICT JUDGE**